# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JENNA JORDAN and PEOPLE FOR THE
ETHICAL TREATMENT OF ANIMALS,

Petitioners,

v.

PETSMART LLC and JUSTINE GLASSMOYER,

Respondents.

Case No. 2D23-259

_____

September 1, 2023

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Jennifer Gabbard, Judge.

Gregg D. Thomas, Jon M. Philipson, and James J. McGuire of Thomas &
Locicero PL, Tampa; and Laura R. Handman and Chelsea T. Kelly of
Davis Wright Tremaine LLP, Washington, D.C.; and Farrah Vazquez of
Davis Wright Tremaine LLP, Los Angeles, California, for Petitioners.

Maria A. Borland, Benjamin H. Hill, III, and Matthew F. Hall of Hill Ward
Henderson, Tampa; and Daniel P. Watkins and Steven J. Harrison of
Clare Locke LLP, Alexandria, Virginia, for Respondents.


PER CURIAM.

Denied.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.